## RANDOLPH v. UNITED STATES.

No. 879. Decided January 15, 1968.

*Clyde C. Randolph, Jr., pro se,* and *Jerry Dee Moize* for appellant.

*Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander* and *Jack H. Weiner* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

---

## DINIS ET AL. v. VOLPE, GOVERNOR OF MASSACHUSETTS, ET AL.

No. 882. Decided January 15, 1968.

*Edmund Dinis, pro se,* and for other appellants.

*Elliot L. Richardson,* Attorney General of Massachusetts, *Howard M. Miller,* Assistant Attorney General, and *Mark L. Cohen,* Deputy Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.